ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for New Penn Financial, LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON HALL, an individual; and MICHAEL HALL, and individual,<br><br>Plaintiff,<br>vs.<br>NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-02073-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br><br>[FIRST REQUEST] |

Defendant New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing and Plaintiffs Sharon Hall and Michael Hall, by and through their respective counsel of record, hereby stipulate and agree that Shellpoint shall have until, **January 16, 2019** to file a response the complaint.

. . .

. . .

. . .

. . .

. . .

. .

47390528;1

This is the first request for an extension of this deadline, is made in good faith, and is not made for purposes of undue delay. Shellpoint requests the extension to allow its counsel an opportunity to obtain information necessary to respond to the complaint.

DATED December 28, 2018.

| AKERMAN LLP | GESUND & PAILET, LLC |
|---|---|
| /s/Tenesa Powell <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8267 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing* | /s/Keren E. Gesund <br> KEREN E. GESUND, ESQ. <br> Nevada Bar No. 10881 <br> 5550 Painted Mirage Rd. Suite 320 <br> Las Vegas, Nevada 89149 <br><br> *Attorneys Sharon Hall and Michael Hall* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 2, 2019